acter. From the judgment of conviction pronounced and entered, this appeal was taken. The appeal here is rested solely upon the record proper, there being no bill of exceptions, and we find upon investigation that the record is regular in all things and without error. This being true, the judgment of the circuit court in this case will stand affirmed in all respects.

Affirmed.

141 So. 920

**Ezell FAGAN v. STATE.**
**I Div. 50.**

Court of Appeals of Alabama.
April 12, 1932.

RICE, J.
Appeal dismissed.

142 So. 921

**Charlie FAIN v. STATE.**
**8 Div. 552.**

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

148 So. 918

**FEDERAL LIFE & CASUALTY CO. v.**
**Herman McWILLIAMS.**
**6 Div. 477.**

Court of Appeals of Alabama.
June 6, 1933.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Ross, Bumgardner, Ross & Ross, of Bessemer, for appellee.

RICE, Judge.
Appeal dismissed by agreement.

146 So. 919

**J. H. FINLEY and Mack Lewis v. STATE.**
**8 Div. 660.**

Court of Appeals of Alabama.
Feb. 21, 1933.

SAMFORD, Judge.
Affirmed.

139 So. 914

**FIRST NATIONAL LIFE 'INSURANCE CO.**
**v. Joe LACEY.**
**7 Div. 802.**

Court of Appeals of Alabama.
Jan. 19, 1932.

SAMFORD, J.
Affirmed.

139 So. 914

**Robert Lee FLANNAGAN v. STATE.**
**8 Div. 452.**

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

145 So. 918

**John FLEMING v. STATE.**
**6 Div. 249.**

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.